# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAEMON ADDAMS,<br><br>              Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>              Defendant. | Civil No.  17-cv-151-JGP-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of **42 U.S.C. §405(g).**

Judgment is entered in favor of plaintiff Daemon Addams and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

DATED:   October 10, 2017

                                                             **JUSTINE FLANAGAN,**
                                                             **Acting Clerk of Court**

                                                             **BY: s/Tina Gray, Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. PHIL GILBERT**
**U.S. District Judge**